1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS TORRES, | ) NO. CV 12-3339-CJC (MAN) |
| Petitioner, | ) ORDER ACCEPTING FINDINGS |
| | ) AND RECOMMENDATIONS OF |
| v. | ) OF UNITED STATES MAGISTRATE |
| KATRINA S. KANE, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Report.  The Court has conducted a *de novo* review of those matters to which Objections have been stated.  The Court accepts the findings and recommendations set forth in the Report.

Accordingly, IT IS ORDERED that Judgment shall be entered dismissing this action with prejudice.

///
///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner's counsel.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  June 14, 2012.

                                            CORMAC J. CARNEY
                                   UNITED STATES DISTRICT JUDGE