JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
FRANCIS TORRES,                  ) NO. CV 12-3339-CJC (MAN)
                                 )
          Petitioner,            )
                                 )
     v.                          ) JUDGMENT
                                 )
KATRINA S. KANE,                 )
                                 )
          Respondent.            )
_____)
```

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: June 14, 2012.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE